UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BOURNE,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-07331-DAD-SCR<br><br><u>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER</u><br><br>(Doc. No. 4) |

The court has reviewed petitioner's *pro se* petition for writ of habeas corpus (Doc. No. 1), motion for temporary restraining order (Doc. No. 2), and respondents' September 15, 20226 answer (Doc. No. 8). Petitioner states that he filed an application to adjust status in May 2026, which respondents confirm. (Doc. Nos. 1 at 15; 8 at 3 n.2.) Petitioner further states that he reported for an interview where he believed he would have been "given status," he was instead detained. (Doc. No. 1 at 15.) The court cannot ascertain from the current briefing before it whether petitioner was initially detained while attending an adjustment of status interview.

Accordingly, the court now directs respondents to file supplemental briefing no later than September 22, 2026, at 5:00 p.m. addressing whether petitioner was detained while attending an adjustment of status interview and whether any provision of law or fact in this case would

/////

distinguish it from this court's decision in *Franco v. Meyer*, No. 1:25-cv-01620-DAD-CKD, 2025 WL 3280782 (E.D. Cal. Nov. 25, 2025).

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE